```
           IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                       AT BLUEFIELD
```

UNITED STATES OF AMERICA

v.                              Criminal Action No. 1:13-154-5

DANNY LEE DECKER

MEMORANDUM OPINION AND ORDER

On Tuesday, July 30, 2013, defendant Danny Lee Decker appeared before the court to plead guilty to violating 21 U.S.C. § 843(b), namely, using a telephone to commit, cause to be committed, or facilitate the commission of a drug crime.  See Doc. Nos. 252, 255-56.  In the court's August 1, 2013 Memorandum Opinion and Order regarding the same, the court ordered defendant to report to Southern Regional Jail on August 2, 2013, by 2:00 p.m.  Doc. No. 269.

On August 2, 2013, by memorandum, this court was notified that defendant had recently been admitted to Welch Community Hospital, information which has been verified through the medical care facility.  As a result, until further information is available, and until defendant is released from that facility's care, he will be unable to report to Southern Regional Jail.  Accordingly, insofar as the court's August 1, 2013 Memorandum Opinion and Order directed defendant to report to Southern Regional Jail by August 2, 2013, at 2:00 p.m., that

portion of the Memorandum Opinion and Order is **VACATED**.  Doc. No. 269.

Instead, the defendant is **ORDERED** to report directly to Southern Regional Jail upon release from Welch Community Hospital.

The Clerk is directed to forward a copy of this Memorandum Opinion and Order to counsel of record, the United States Marshal, and the Probation Office of this court.

**IT IS SO ORDERED** this 2nd day of August, 2013.

ENTER:

*David A. Faber*
David A. Faber
Senior United States District Judge